IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO URBINA, | No. C 09-3563 CW |
| Plaintiff, | ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendant. | |

    On September 1, 2009, the Court ordered Plaintiff Diego Urbina to file an opposition to Defendant Deutsche Bank National Trust Company's Motion to Dismiss Complaint and to Expunge Notice of Pending Action (Docket No. 5) by September 24, 2009. (Docket No. 12.) The Court warned Plaintiff that his case would be dismissed for failure to prosecute if an opposition was not filed by September 24.

    Because Plaintiff failed to comply with the Court's September

order and did not file an opposition by September 24, the Court DISMISSES Plaintiff's case without prejudice for failure to prosecute. Defendant's motion to dismiss (Docket No. 5) is DENIED as moot. With regard to the notice of pending action, Defendant may notify the appropriate state court or agency that this action has been dismissed.

    IT IS SO ORDERED.

Dated: 10/1/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

URBINA et al,

        Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY et al,

        Defendant.

Case Number: CV09-03563 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Diego Urbina
413 Santa Barbara Avenue
Daly City, CA 94014

Dated: October 1, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3